UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANNY JARVIS, ) 2:08-CV-01407-PMP-PAL
            Plaintiff, )
                      ) **ORDER**
  vs.                 )
                      )
NYE COUNTY DETENTION, et al., )
            Defendants. )

**IT IS ORDERED that** Plaintiff Jarvis' Motion for Continuance Re Order to Show Cause (Doc. #60) is **GRANTED**, and that the deadline for Plaintiff Jarvis to show cause action why this action should not be dismissed is hereby extended to and including **June 22, 2011**.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Pro Se Litigant to File Electronically (Doc. #61) is **DENIED**.

DATED: May 23, 2011.

_____
PHILIP M. PRO
United States District Judge