1  THOMAS P. BEKO, ESQ. (#002653)
   ANN M. ALEXANDER, ESQ. (#007256)
2  99 West Arroyo Street
   P.O. Box 3559
3  Reno, Nevada 89505
   Telephone: (775) 786-3930
4  *Attorneys for Defendants*

5

6

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9

   DANNY JARVIS,                        Case No.  2:08-cv-01407-PMP-PAL
10
              Plaintiff,
11                                      **STIPULATION AND ORDER TO
   vs.                                  DISMISS ACTION WITH
12                                      PREJUDICE**
   NYE COUNTY DETENTION, et al.,
13
              Defendants.          /
14

15        Plaintiff DANNY JARVIS, appearing In Pro Per, and Defendants NYE COUNTY

16  DETENTION, NYE COUNTY COMMISSIONERS, TERRILL TINNELL, SEN.

17  GREGORY ARMS, SGT. TERRY RISING, SGT. JESSE MARTINEZ, by and through their

18  attorneys of record, THOMAS P. BEKO, ESQ., and ANN M. ALEXANDER, ESQ., of the

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

ERICKSON, THORPE &
SWAINSTON, LTD.                              1

1    law firm of ERICKSON, THORPE & SWAINSTON, LTD., hereby stipulate that the above-

2    entitled action may be dismissed with prejudice, with each party to bear their own Court costs

3    and attorneys' fees.

4        DATED this ___15___ day of July, 2011.

5                                    BY: _____

6                                      DANNY JARVIS
                                     In Pro Per

7

8        DATED this ___15___ day of July, 2011.

9                            ERICKSON, THORPE & SWAINSTON, LTD.

10

11                            By _____
                               THOMAS P. BEKO, ESQ. (#002653)

12                                ANN M. ALEXANDER, ESQ. (#007256)
                               99 West Arroyo Street

13                                P.O. Box 3559
                               Reno, Nevada 89505

14                                Telephone: (775) 786-3930

15

16

17    **IT IS SO ORDERED.**

18        DATED this _ 18th day of July, 2011.

19

20

21                                  _____

22                              U.S. DISTRICT JUDGE

23

24

25

26

27

28

ERICKSON, THORPE &
SWAINSTON, LTD.